DAVID K. COMPTON  SBN# 215961
ATTORNEY AT LAW
92 Corporate Park, Suite C-220
Irvine, CA 92606
(714) 545-2455

Attorney for Assignee of Record/Judgment Creditor:
JUDGMENT RECOVERY ASSISTANCE, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONVERGED IT, L.L.C., an Arizona Limited Liability Company; GERALD P. ZEILHOFER, an individual; CHRISTOPHER J. NOEL, an individual,<br><br>Plaintiff(s),<br><br>vs.<br><br>BUSINESS DEVELOPMENT SOLUTIONS, INC., a California Corporation, HID PROPERTIES, INC., a California Corporation, LYLE E. PEARSON, and Maeve Pearson, husband and wife, WM. WARREN BAKER, and Jane Doe Baker, husband and wife,<br><br>Defendant(s) | CASE NO. 8:10-cv-00216-ABC-MLG<br><br>RENEWAL OF JUDGMENT BY CLERK |

The judgment debtor(s), LYLE E. PEARSON, individually, and MAEVE PEARSON, named on behalf of the Pearson marital community, WILLIAM WARREN BAKER, individually, BUSINESS DEVELOPMENT SOLUTIONS, INC., aka BDSi, and aka BDS, ("DEFENDANTS").

NOW, upon application of JUDGMENT RECOVERY ASSISTANCE, LLC and upon Declaration that DEFENDANTS have failed to pay the judgment; and that DEFENDANTS are indebted to JUDGMENT RECOVERY ASSISTANCE, LLC., judgment against DEFENDANTS is hereby renewed in the amount of $2,522,664.37 and JUDGMENT RECOVERY ASSISTANCE, LLC shall recover as follows:

Judgment is entered:

| | | |
|---|---|---:|
| a. | Principal | $2,550,000.00 |
| b. | Costs After Judgment | $ -0.00 |
| c. | Interest after judgment computed from February 3, 2010 through June 22, 2010 at 0.33% ($23.05 per day) | $ 3,204.62 |
| d. | Less Credits after Judgment | $ (107,045.43) |
| e. | Subtotal as of June 22, 2010 | $2,446,159.19 |
| f. | Interest after judgment computed from June 23, 2010 through December 11, 2010 at 0.35% ($22.12 per day) | $ 76,505.18 |

TOTAL RENEWED JUDGMENT     $2,522,664.37

Dated: January 8, 2020

*Sharon Hall Brown*
DEPUTY CLERK

KIRY K. GRAY
Clerk of Court
United States District Court Judge

RENEWAL OF JUDGMENT BY CLERK